NUMBER 13-04-00035-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ROSA IMELDA RIVERA, EDUARDO 

CAVAZOS MONTEMAYOR, AND 

MARCELA MONTEMAYOR, Appellants,


v.



PAT L. PACE AND MARY JOE PACE, ET AL., Appellees. 

_____________________________________________________________


On appeal from the 357th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 This appeal was abated by this Court on June 3, 2004, due to the bankruptcy of one
of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex. R. App. P. 8. Since
the abatement there has been no activity in this appeal. On February 5, 2009, the Court
ordered the parties to file an advisory regarding the status of the appeal and, if applicable,
a motion to reinstate the appeal or a motion to dismiss the appeal. 

 Appellants responded to the order by informing the Court that they no longer desire
to prosecute their appeal and the case should be reinstated and dismissed for want of
prosecution. Accordingly, we reinstate and dismiss the appeal for want of prosecution. 
See Tex. R. App. P. 42.3(b).


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 12th day of March, 2009.